**Order entered July 30, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00963-CV
No. 05-12-00965-CV
No. 05-12-00966-CV
No. 05-12-00967-CV

**CITY OF DALLAS, TEXAS, Appellant**

**V.**

**ANTHONY ARREDONDO, ET AL, Appellees**

On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 199-1743-99, 199-624-95, 199-697-94, 199-200-95

## ORDER

The City of Dallas's unopposed motion to file its consolidated response to appellees'

post-submission letter is **GRANTED**. Appellant's response is deemed filed on **July 26, 2013**.

/s/     MICHAEL J. O'NEILL
PRESIDING JUSTICE